UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-01247-1KS

UNITED STATES OF AMERICA

v.

MICHAEL R. BLIZARD

ORDER ON MOTION TO DISMISS FOR LACK OF VENUE

The Court finds that for the reasons stated in defendant's motion, venue in this matter is properly set before the United States District Court for the Middle District of North Carolina.

Accordingly, defendant's motion to dismiss is GRANTED. The above-captioned matter is dismissed without prejudice as to the Government's leave to refile in the proper district.

3/29/2017
DATE

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE